Frank Kiernan, Respondent, v. Albert H. Dollard, Appellant, and Another, Defendant.— Judgments of the Municipal Court affirmed, with costs. No opinion. Woodward, Rich and Carr, JJ., concurred; Burr and Thomas, JJ., dissented.

Kings County Iron Foundry, Appellant, v. New York and Queens County Railway Company, Respondent.— Order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Simon Kirschbaum and Others, as Executors, etc., of Moses May, Deceased, Respondents, v. Frederick W. R. Eschmann, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas and Carr, JJ., concurred; Hirschberg, P. J., dissented.

Fannie Kreisberg and Molly Slotopolsky, Respondents, v. Association Realty Operators, Defendants, Impleaded with Sarah Gehler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Edward Larkin, as Administrator, etc., of Irene Larkin, Deceased, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Carr, JJ., concurred; Jenks and Thomas, JJ., dissented.

Joseph Levine and Morris Siegel, Respondents, v. Jacob Herrscher, Appellant. — We think that the plaintiffs are entitled to recover so much of the interest on the first mortgage, and also so much of the taxes paid by them as accrued prior to the date when defendant notified plaintiffs that he would not take title because of defects in the proceedings to foreclose the second mortgage. Order overruling demurrer affirmed, with costs. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Herman Linn, Respondent, v. Samuel Graber and Isaac Brown, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Congetta Luisi, Administratrix, etc., of Frank Luisi, Deceased, Appellant, v. The Brooklyn Union Gas Company, Respondent.— Order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ.

Daniel T. Merritt and Others, Appellants, v. Mary Belluscio, Respondent.— Order reversed, with ten dollars costs and disbursements, and order for examination of defendant reinstated on the authority of *Goldmark* v. *United States Electro-Galvanizing Co.* (111 App. Div. 526); *McKeand* v. *Locke* (115 id. 174); *Cherbuliez* v. *Parsons* (123 id. 814), and *Richards* v. *Whiting* (127 id. 208). Hirschberg, P. J., Woodward, Jenks and Thomas, JJ., concurred; Rich, J., dissented.